IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHARLES WILLIAMS                                                    PLAINTIFF

v.                              05-CV-2020

ROBERT "BOB" MIKLES, individually
and in his official capacity as
Chief of Police of the City of
Huntington, Arkansas, and
STEVE LAYNE, individually
and in his official capacity as
Police Officer of the City of
Hartford, Arkansas                                                  DEFENDANTS

**JUDGMENT**

For the reasons set forth in an order filed herewith, Defendants' Motion for Summary Judgment (Doc. 14.) is GRANTED, and Plaintiff's Complaint (Doc. 1.) is DISMISSED. Plaintiff's Complaint as it relates to First Amendment, false arrest, official capacities, and § 1985 claims is DISMISSED WITH PREJUDICE. Plaintiff's remaining state law claims are DISMISSED WITHOUT PREJUDICE.

**The parties have thirty days from the date of entry of Judgment within which to appeal.**

IT IS SO ORDERED this 27th day of March 2006.

/s/Robert T. Dawson
Robert T. Dawson
United States District Judge